# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL DERRICK ALEXANDER
also known as
MICHAEL D ALEXANDER

        Plaintiff

v.

                                                    Civil Action No.  3:22-cv-26

JEREMY WRIGHT
Detective for S.V.U., sued in his individual and offical capacities

JAMES MULLER
Mayor, sued in his individual and official capacities

PATRICK DOWDY
Prosecutor, sued in his individual and official capacities

BILL REDMAN
Sheriff, sued in his individual and official capacities

KEN COTTER
Head Prosecutor, sued in his individual and official capacities

SCOTT RUSZOWSKI
Chief of Police, sued in his individual and official capacities

ANDY KOSTIELNEY
President of the Common Council, sued in his individual and official capacities

PHILIP SKODINSKI
Public Defender, sued in his individual capacities
also known as
PHIL SKODINSKI

SEAN HEILGINDORF
Public Defender, sued in his individual and official

SHANIKA JOHNSON
Mother of my kids, sued in her individual capacity

        Defendants

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

__ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

__ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED pursuant to 28 U.S.C. § 1915A

This action was (*check one*):

__ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

__ tried by Judge _____ without a jury and the above decision was
reached.

_X_ decided by Chief Judge Jon E DeGuilio.

DATE: 8/22/2022                    GARY T. BELL, CLERK OF COURT


                                   by   s/ S. Jarrell
                                   *Signature of Clerk or Deputy Clerk*